**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2398**

MARILYN CROWLEY,

                Plaintiff - Appellant,

     v.

PINEBROOK, INCORPORATED,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Jillyn K. Schulze, Magistrate Judge. (8:08-cv-03427-JKS)

Submitted: July 12, 2011          Decided: July 21, 2011

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marilyn Crowley, Appellant Pro Se. Heidi Elizabeth Dudderar, LAW OFFICES OF HEIDI E. DUDDERAR, PC, California, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marilyn Crowley appeals the district court's order[*] granting summary judgment and denying her claim that her employment was terminated in violation of Title VII, 42 U.S.C.A. §§ 2000e-2000e-17 (West Supp. 2010) and the Jury System Improvement Act, 18 U.S.C. § 1875 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Crowley v. Pinebrook, Inc., No. 8:08-cv-03427-JKS (D. Md. Dec. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).